IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| PEARL SERNA § | |
| § | |
| v. § | CIVIL ACTION NO. 2:16-CV-417 |
| § | (JURY DEMAND) |
| CERTAIN UNDERWRITERS AT § | |
| LLOYD'S, LONDON, ACSI, INC., AND § | |
| STEVE SCHULZ § | |

## NOTICE OF SETTLEMENT

Plaintiff, Pearl Serna, Defendants CERTAIN UNDERWRITERS AT LLOYD'S, LONDON ("Underwriters"), Defendant ACSI, Inc. ("ACSI") and Defendant Steve Schulz ("Schulz") (collectively hereinafter "Defendants") wish to advise the Court that the Parties have agreed to settle the above-referenced matter and request that the Court stay all proceedings for thirty days while the Parties finalize the settlement and file the necessary agreed stipulation of dismissal with the Court.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: /s/ Christene Wood
**D. Christene Wood, attorney-in-charge**
State Bar No.: 24042188
Southern District I.D. No. 38044
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8210
Facsimile: (713) 403-8299

**ATTORNEY FOR DEFENDANTS**

2643376v1
10214.024

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2017, a true and correct copy of the foregoing was served via the Court's ECF notice system upon the following counsel of record:

Andrew S. Cook
David M. Anderson
COOK & ANDERSON LAW FIRM, PLLC
101 N. Shoreline Blvd., Suite 420
Corpus Christi, Texas 78401
cook@ccatriallaw.com
Anderson@ccatriallaw.com

Robert J. Gonzalez
LAW OFFICES OF ROBERT J. GONZALEZ
5722 Wooldridge Road
Corpus Christi, Texas 78414
robertjgonzalezlaw@gmail.com

                                              */s/ D. Christene Wood*
                                              D. Christene Wood